IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AHAEJTJ, et al., <br><br> Defendants. | Case No. 24-cv-04481 <br><br> **Judge Franklin U. Valderrama** <br><br> **Magistrate Judge Heather K. McShain** |

### SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on July 12, 2024 [40], in favor of Plaintiff Nike, Inc. ("Nike" or "Plaintiff") and against the Defendants Identified in Schedule A in the amount of two hundred thousand dollars ($200,000) per Defaulting Defendant for willful use of counterfeit Nike Trademarks in connection with the offer for sale and/or sale of products through at least the Online Marketplaces, and Nike acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Akewei | 3 |
| smaelty | 54 |
| tbfi2989 | 55 |
| tbfi8786 | 56 |
| cllios | 75 |
| Hvyesh | 79 |
| WAENQINLA | 83 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Dated this 18th day of July 2024.

Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Nike, Inc*